

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MONICA MARIE COCKRELL, | § | No. 08-24-00096-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| ROY EDWARD COCKRELL, | § | of Burnet County, Texas |
| Appellee. | § | (TC# 54094) |

# J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice


Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)